OBERWAGER v. LEVY.

(Supreme Court, Appellate Term.    December 11, 1906.)

APPEAL—NOTICE—DESCRIPTION OF JUDGMENT.

Where notice of appeal recited that it was taken by a landlord from a judgment rendered in favor of the tenant on June 18, 1906, and the only judgment in the record was in favor of the landlord and against the tenant, rendered October 18, 1906, the appeal will be dismissed.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 2, Appeal and Error, §§ 2145, 2146.]

Appeal from Municipal Court, Borough of Manhattan, Fifth District.

Action by Samuel Oberwager against Herman Levy. From a Municipal Court judgment in favor of defendant, plaintiff appeals. Dismissed.

Argued before GILDERSLEEVE, FITZGERALD, and DAVIS, JJ.

Ely Rosenberg, for appellant.
Lewkowitz & Schaap, for respondent.

PER CURIAM. The appeal herein, as appears from the notice of appeal, is taken by the landlord from a judgment rendered in favor of the tenant on June 18, 1906. The only judgment, as appears from the record, however, is a judgment in favor of the landlord against the tenant, rendered on the 18th day of October, 1906. The appeal must therefore be dismissed.

Appeal dismissed, with $10 costs.